IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KENNETH WILSON,            ) | |
|                         ) | |
|    Plaintiff,   ) | |
|                         ) | CIVIL ACTION NO. |
|    v.          ) | 2:20cv894-MHT |
|                         ) | (WO) |
| LIEUTENANT MACK, et al.,  ) | |
|                         ) | |
|    Defendants.   ) | |

OPINION AND ORDER

Plaintiff, a state prisoner, filed a motion for preliminary injunction seeking an order requiring the warden of the prison where he is incarcerated to ensure plaintiff's physical safety from the defendants named in this suit after one of the defendants allegedly threatened plaintiff with a switchblade and made death threats against him. This case is before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for preliminary injunction be denied. There are no objections to the recommendation. Upon an independent and de novo review

of the record, the court concludes that the recommendation should be adopted.

Accordingly, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (Doc. 22) is adopted.

(2) The motion for preliminary injunction (Doc. 13) is denied.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 5th day of March, 2021.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**