**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **KENNETH WILSON,** )<br>   )<br>   **Plaintiff,** )<br>   )<br>**v.** )<br>   )<br>**LIEUTENANT MACK, et al.,** )<br>   )<br>   **Defendants.** ) | **CIVIL ACTION NO.**<br>**2:20cv894-MHT**<br>**(WO)** |

**OPINION**

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that the defendant correctional officers used excessive force against him, resulting in serious injuries. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to comply with court orders to provide his current address information to the court. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 20th day of April, 2023.

                                  /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**